AUGUSTA FALCONE and Others, Respondents, v. VIRGINIA PALOTTA and JOHN PALOTTA, Appellants, and Others, Defendants.— Action to impress trusts for the benefit of plaintiffs upon certain moneys obtained by appellant Virginia Palotta from savings bank accounts owned by their father in his lifetime. The action was tried by the court, without a jury, and judgment was rendered and entered in favor of plaintiffs. Judgment unanimously affirmed, with costs. No opinion. Appeal by defendant John Palotta is discontinued upon stipulation. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

ANN FAY and MAURICE FAY, Respondents, v. JOSEPH A. MCNAMARA and Others, as Trustees of COLUMBUS COUNCIL No. 126, KNIGHTS OF COLUMBUS, Appellants.— Action by plaintiff wife to recover damages for personal injuries suffered as a result of a carpet, on a movable bandstand appliance or platform and step, slipping under her foot as she stepped on the stand, causing her to fall. Companion action of plaintiff husband for expenses and loss of services. Judgment for plaintiffs reversed on the law and the facts and a new trial granted, with costs to abide the event. The court improperly excluded evidence that there had been no prior accidents and no prior complaints of the bandstand appliance and the carpet covering thereof. (De Salvo v. Stanley-Mark-Strand Corp., 281 N. Y. 333, 338; 1 Shearman and Redfield on Negligence [Rev. ed. 1941], § 59, and cases cited.) The plaintiffs were improperly permitted to invoke ordinances requiring a municipal permit for certain forms of platform structures. The movable platform here involved did not come within the purview of such ordinances. These errors were prejudicial on the issue of whether or not the defendants were negligent. Since there must be a new trial, it may be stated that the manner of the parading of alleged cumulative witnesses was error. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.